In the Matter of the Application of PARK & TILFORD IMPORT CORPORATION, Petitioner, for a Certiorari Order against MARK GRAVES, as President of the State Tax Commission, JOHN J. MERRILL and JOHN P. HENNESSY, as Commissioners

Thereof, Constituting the State Tax Commission, Respondents.— Motion to amend answer or return granted; the amended answer or return to be filed with this court and a copy thereof served on the adverse parties within five days from the date of the service of a copy of the order to be entered hereon. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.